FILED

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

AUG 16 2019

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>v.<br><br>AB Solution Processing, LLC, dba Guardian<br>Legal Processing, Belynda Romanelli,<br>Dominus Law and Recovery, LLC, Winston<br>Lanier John/Jane Does 1-4<br><br><br>**Defendant** | § § § § § § § § § | 4:19-cv-00501-ALM-CAN |

**Plaintiff's Motion to Dismiss and Notice of Settlement**

1. The parties in this case have settled the dispute between them.

2. The Plaintiff hereby requests this case be dismissed with prejudice.

Craig Cunningham
Plaintiff,                     8/13/2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>AB Solution Processing, LLC, dba Guardian Legal Processing, Belynda Romanelli, Dominus Law and Recovery, LLC, Winston Lanier John/Jane Does 1-4<br><br><br>**Defendant** | § § § § § § § § § | 4:19-cv-00501-ALM-CAN |

## Plaintiff's Certificate of Service

3. I hereby certify a true copy of the foregoing was emailed to the attorney of records

Craig Cunningham
Plaintiff,                        8/13/2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075