# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-501 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| AB SOLUTION PROCESSING, LLC, § | |
| D/B/A GUARDIAN LEGAL PROCESSING, § | |
| ET AL. § | |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

Before the Court is Plaintiff's Motion to Dismiss and Notice of Settlement (the "Motion") (Dkt. #9), wherein Plaintiff advises that "[t]he parties in this case have settled the dispute between them," and requests that this matter be dismissed with prejudice. After having reviewed the Motion, and all other relevant filings, the Court is of the opinion that the Motion is meritorious and should be, and therefore is, **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims Plaintiff asserted, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 21st day of August, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE